Ashwin Nanda, BDS, DDS
P.O. Box 2035
San Francisco, California 94126
Phone: 415-994-1200
Fax: 415-762-0355

Plaintiff *in propria persona*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN NANDA,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DENTAL SERVICES, INC.;<br>MR. ABDULLAH MUNSAF; DR. ANDRE<br>AZARINFAR,<br><br>Defendants. | Case No. C 12-04654 ~~JSC~~ PJH<br>Companion Case: C 13-00390 ~~JSC~~<br>(previously assigned to MEJ)<br><br>~~Adversary State Case: San Francisco County~~<br>~~Superior Court, Case No. CGC-12-523941~~<br><br>**STIPULATION OF DISMISSAL**<br><br>[F.R.C.P., Rule 41] |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss Case No. C 12-04654 ~~JSC~~ PJH, ~~without~~ prejudice.

Dated: September 18, 2013

_____
ASHWIN NANDA
Plaintiff in pro per

Dated: September 18, 2013      BARRITT SMITH LLP

BY: _____
DOUGLAS A. BARRITT
Attorneys for Defendants

STIPULATION OF DISMISSAL - 1
C 12-04654 JSC

**ORDER**

IT IS SO ORDERED.

Dated: September 18, 2013

_____
U.S. District Court Judge

STIPULATION OF DISMISSAL - 2
C 12-04654 JSC