Ashwin Nanda, BDS, DDS
P.O. Box 2035
San Francisco, California 94126
Phone: 415-994-1200
Fax: 415-762-0355

Plaintiff *in propria persona*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN NANDA, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN DENTAL SERVICES, INC.; MR. ABDULLAH MUNSAF; DR. ANDRE AZARINFAR, <br><br> Defendants. | Case No. C 12-04654 ~~JSC~~ PJH <br> Companion Case: C 13-00390 ~~JSC~~ <br> (previously assigned to MEJ) <br><br> ~~Adversary State Case: San Francisco County Superior Court, Case No. CGC-12-523941~~ <br><br> **STIPULATION OF DISMISSAL** <br><br> [F.R.C.P., Rule 41] |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss Case No. C 12-04654 ~~JSC~~ PJH, without prejudice.

Dated: September 18, 2013

_____
ASHWIN NANDA
Plaintiff in pro per

Dated: September 18, 2013

BARRITT SMITH LLP

BY: _____
DOUGLAS A. BARRITT
Attorneys for Defendants

STIPULATION OF DISMISSAL - 1
C 12-04654 JSC

1
2  **ORDER**
3  IT IS SO ORDERED.
4  Dated: September 18, 2013
5
6  _____
7  U.S. District Court Judge
...
28

STIPULATION OF DISMISSAL - 2
C 12-04654 JSC